UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

Estate of YARON UNGAR, et al.,

                     Plaintiffs,

          -against-

ORASCOM TELECOM HOLDINGS, S.A.E., et al.,

                    Defendants.

------------------------------------------------------------------------- X

05 Civ. 7765 (NRB) (AJP)

**NOTICE OF APPEARANCE**

        Please take notice that the undersigned appears herein as counsel for the plaintiff and demands that all papers served herein be served upon him.

        JAROSLAWICZ & JAROS, ESQS.
        *Attorneys for the plaintiffs*

        by: _____
           Robert J. Tolchin (RT 3713)

        150 William Street, 19th Floor
        New York, New York 10038
        (212) 227-2780