UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
Estate of YARON UNGAR, *et al.*,

                *Plaintiffs*,

    -against-

ORASCOM TELECOM HOLDING S.A.E., *et al.*,

                *Defendants*.
---------------------------------------------------------------- x

No. 05 CV 07765 (CM)

## NOTICE OF APPEARANCE

    Undersigned counsel hereby enters his appearance in the above-captioned action on behalf of Defendant Orascom Telecom Holding S.A.E.

                                     Respectfully submitted,

                                     WHITE & CASE LLP

                                   By: __/s/ Christopher M. Curran_____
                                        Christopher M. Curran (CC-4779)
                                        701 Thirteenth Street, N.W.
                                        Washington, D.C. 20005
                                        Phone: (202) 626-3600
                                        Facsimile: (202) 639-9355

September 23, 2005                    *Counsel for Defendant*
                                        *Orascom Telecom Holding S.A.E.*