UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
Estate of YARON UNGAR, *et al.*,

                 *Plaintiffs*,

    -against-

ORASCOM TELECOM HOLDING S.A.E., *et al.*,

                 *Defendants*.
------------------------------------------------------------------ x

No. 05 CV 07765 (CM)

## NOTICE OF APPEARANCE

    Undersigned counsel hereby enters her appearance in the above-captioned action on behalf of Defendant Orascom Telecom Holding S.A.E.

Respectfully submitted,

**WHITE & CASE** LLP

By: /s/ Nicole Erb
    Nicole Erb (NE-7104)
    701 Thirteenth Street, N.W.
    Washington, D.C. 20005
    Phone: (202) 626-3600
    Facsimile: (202) 639-9355

September 23, 2005

*Counsel for Defendant*
*Orascom Telecom Holding S.A.E.*