## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                         :    ss.:
COUNTY OF NEW YORK  )

STEVEN H. LEVY, being duly sworn, deposes and says:

I am over the age of 18 years and am not a party to this action, nor am I related to a party of this action.

On Wednesday, September 7, 2005, at approximately 8:00 p.m. in the lobby of the InterContinental Hotel -The Barclay, located in Manhattan at 111 East 48th Street, I served the following documents by delivering them to: Zouhair Khaliq; Hatim El Gammal

1. Subpoena addressed to Orascom Telecom - under Souther District of New York Docket No. 18 ms 0302;
2. Subpoena addressed to Zouhair Khaliq - under Souther District of New York Docket No. 18 ms 0302;
3. Subpoena addressed to Hatim El Gammal - under Souther District of New York Docket No. 18 ms 0302;
4. A restraining notice issued pursuant to the NY CPLR;
5. A restraining order and injunction issued by the United States District Court in Rhode Island - under District of Rhode Island Docket No. 00-105L;
6. A notice of Petition and Petition in the matter of *Ungar v. Orascom*, New York county Index No. 108090/05, with a notation entered on the Notice of Motion indicating the current adjourned date of the petition;
7. A summons and complaint in the matter of *Ungar v. Orascom*, Southern District Docket No.: 05 CV 7765.

At the time I served these individuals a photograph was taken depicting the individuals served which is attached hereto.

The following day, Thursday, September 8, 2005, I returned to the InterContinental Hotel-The Barclay with the New York City Sheriff who served the same two individuals with executions.

_____
Steven H. Levy

Sworn to before me this
14th day of September, 2005.

_____
Notary Public

DAVID TOLCHIN
Notary Public, State of New York
No. 31-6019704
Qualified in New York County
Commission Expires 2-16-200 7

