UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
2005 OCT 7  A 9: 44
S.D. OF N.Y.

THE ESTATE OF YARON UNGAR, et al.
        Plaintiff,

-V-

ORASCOM TELECOM HOLDING S.A.E., et al.
        Defendants.

CERTIFICATE OF MAILING

05 Cv. 7765(NRB)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

October 7, 2005

I served the

Summons
Complaint
Notice of Suit
Affidavit of the Translator

filed and issued herein on the

Sept. 2, 2005

by mailing by Federal Express, return receipt requested, in the Federal Express Mail Box located at 500 Pearl Street, New York, NY, a copy of each thereof, securely enclosed in a Federal Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number(s)

TRACKING #
# 8451 6238 5495  #_____   #_____

J. MICHAEL McMAHON,   Clerk
CLERK

Dated: New York, NY

**FedEx International Air Waybill**

1 From
Date: 10/7/05
Sender's FedEx Account Number: 1250-9462-7
Sender's Name: ROBERT J TOLCHIN
Company: DAVID JAROSLAWICZ ATTORNEY
Address: 150 WILLIAM ST FL 13
City: NEW YORK
State/Province: NY
ZIP/Postal Code: 10038203
Country: USA

2 To
Recipient's Name: PALESTINE INVESTMENT FUND
Company: SHAREKAT SUNDOOK al-ISTITHMAR al-FILISTINEE
Address: WAFADI TOWER AL RASHID ST.
AL RIMAL AL JANOBI
City: GAZA CITY GAZA STRIP
Country: VIA ISRAEL

3 Shipment Information
DOCUMENTS

FedEx Tracking Number: 8451 6238 5495