UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
2005 OCT 11 A 10:01
S.D. OF N.Y.

THE ESTATE OF YARON UNGAR., et. al.
Plaintiff,

-V-

ORASCOM TELECOM HOLDING S.A.E., ET AL.

Defendants.

CERTIFICATE OF MAILING

05 Cv. 7765(NRB)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**October 11, 2005**

I served the

SUMMONS
COMPLAINT

filed and issued herein on the
Sept. 2, 2005

by mailing by DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

827 5219 466 #______ ______ #______ ______

J. Michael McMahon
CLERK

Dated: New York, NY

Process and Track your shipment online: http://www.dhl.com

1-800-CALL-DHL in USA only

827 5219 466

ORIGIN

DESTINATION CODE

**1 Payer account number and shipment value protection details**

Charge to ☒ Shipper ☐ Receiver ☐ 3rd Party

☐ Cash ☐ Check ☐ Credit Card

Payer Account No.

**Shipment Value Protection** *(see reverse)*

☐ **Yes** *Declared Value for Carriage (in US $)*

*Not all payment options are available in all countries.*

**2 From (Shipper)**

Shipper's Account Number: 7872

Contact Name

Shipper's Reference *(up to 35 characters)*: UNGAR

Company Name

Address

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**3 To (Receiver)**

Company Name

Contact Person

Delivery Address *DHL Cannot Deliver to a PO Box*

Country

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**4 Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD | Dimensions (in inches) Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| | | ___ @ | x | x | |
| | | @ | x | x | |
| | lbs | ___ @ | x | x | |

**5 Full Description of Contents**

Give Content and Quantity

DOCUMENTS

**6 Dutiable Shipments Only (Customs requirement)**

*Attach the original and four copies of a Proforma or Commercial Invoice.*

Export License No./Symbol (if applicable)

Receivers VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) *(as on commercial/proforma invoice)*

*Schedule B Number / Harmonized Code (if applicable)*

AES TRANSACTION NUMBER

TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

*Destination Duties/Taxes If left blank, Receiver pays duties/taxes.*

☐ Receiver ☐ Shipper ☐ Other

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

*I/We agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.*

Signature (required)

Date

**8 Products & Services**

☐ Dutiable

☐ Non Dutiable

☐ Other

**Service Options**

☐ Security Delivery ☐ Special Pickup

☐ Delivery Notification ☐ Signature Required

Other

**Global Mail**

DIMENSIONAL/CHARGEABLE WEIGHT lbs

| SERVICES | CHARGES |
|---|---|
| Drop Box # | TOTAL |

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)

No.:

Type

Expires

Auth.

PICKED UP BY

Route No.

Time

Date