UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF YARON UNGAR, et al.
        Plaintiff,

-V-

ORASCOM TELECOM HOLDING S.A.E., et al.

        Defendants..

FILED
U.S. DISTRICT COURT
2005 OCT 12  A 10: 11

CERTIFICATE OF MAILING
S.D. OF N.Y.

05 Cv. 7765 (NRB)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

October 12, 2005

I served the

SUMMONS & COMPLAINT

filed and issued herein on the:
Sept. 2, 2005

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#RB632 837 689   #_____   #_____

#_____   #_____   #_____

(Chinatown Station) that was issued at my request as aforementioned.

*J. Michael McMahon*
CLERK

Dated: New York, NY

JAROSLAWICZ AND JAROS

Ms. Ann Ford
Clerk of the Court
United States District Court
Southern District of New York
October 7, 2005
Page - 2 -

2. A Federal Express envelope and mailing label properly addressed with our account number.

*n Telecom Holding S.A.E.*

*f* addressed with our account number.