RECEIVED OCT 11 2005 CHAMBERS OF COLLEEN McMAHON

M<sup>c</sup>Mahon J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

The Estate of Yaron Ungar, et al., )
)
          Plaintiffs, ) Case No. 05 CV 7765 (CM)
)
    - against - ) **STIPULATION**
)
Orascom Telecom Holding S.A.E., et al., )
)
          Defendants. )
)

WHEREAS the Court has before it various motions and orders to show cause in the Miscellaneous matter of *Estate of Yaron Ungar, et al. v. The Palestinian Authority, et al.*, 18 MS 0302 (S.D.N.Y.) (Part I), the disposition of which may directly implicate issues related to the above-captioned matter,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for their respective clients, that:

1. The time by which Orascom Telecom Holding S.A.E. must respond to the Complaint is adjourned until twenty (20) days after October 14, 2005.

2. On October 14, 2005, the undersigned counsel shall confer to determine whether the response date should be further adjourned.

3. This stipulation shall be entered without prejudice to any party. The adjournment provided for herein relates only to Orascom Telecom Holding S.A.E.'s response to the Complaint, and shall not limit or prevent any party from taking or initiating any action or proceeding. All parties reserve all rights and defenses, and no party shall be deemed to have waived any rights or defenses by entering this stipulation.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

4.     The present stipulation may be executed in counterparts.

Dated: September 23, 2005                                     Respectfully submitted,

JAROSLAWICZ & JAROS                          WHITE & CASE LLP
*Counsel for Plaintiffs Estate of Yaron Ungar,*     *Counsel for Nonparty Orascom Telecom*
*et al.*                                                                    *Holding SAE.*

By: /s/ Robert Tolchin                                         By: /s/ Christopher M. Curran
Robert Tolchin (RT-3713)                                Christopher M. Curran (CC-4779)
Of Counsel                                                          Nicole Erb (NE-7104)

150 William Street, 19th floor                         701 Thirteenth Street, N.W.
New York, New York 10038                           Washington, D.C. 20005
(212) 227-2780                                                    (202) 626-3600

SO ORDERED.

October 1, 2005
White Plains, NY

/s/ Colleen McMahon
Judge Colleen McMahon, U.S.D.J.

2