UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Estate of Yaron Ungar, et al., )
 )
                Plaintiffs, )    Case No. 05 CV 7765 (CM)
 )
    - against - )    STIPULATION
 )
Orascom Telecom Holding S.A.E., et al., )
 )
                Defendants. )
 )

    WHEREAS the Court has before it various motions and orders to show cause in the Miscellaneous matter of *Estate of Yaron Ungar, et al. v. The Palestinian Authority, et al.*, 18 MS 0302 (S.D.N.Y.), the disposition of which directly implicate issues related to the above-captioned matter,

    WHEREAS the Court also has before it a Stipulation dated September 23, 2005, in which the undersigned counsel stipulated and agreed (i) to adjourn the time by which Orascom Telecom Holding S.A.E. must respond to the Complaint in the above-captioned matter until twenty (20) days after October 14, 2005, and (ii) to confer on October 14, 2005 to determine whether the response date should be further adjourned,

    WHEREAS the undersigned counsel have conferred pursuant to the September 23, 2005 Stipulation,

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for their respective clients, that:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

1. The time by which Orascom Telecom Holding S.A.E. must respond to the Complaint is adjourned until at least twenty (20) days after November 18, 2005 (i.e., December 8, 2005).

2. On November 18, 2005, the undersigned counsel shall confer to determine whether the response date should be further adjourned.

3. This stipulation shall be entered without prejudice to any party. The adjournment provided for herein relates only to Orascom Telecom Holding S.A.E.'s response to the Complaint, and shall not limit or prevent any party from taking or initiating any action or proceeding. All parties reserve all rights and defenses, and no party shall be deemed to have waived any rights or defenses by entering this stipulation.

4. The present stipulation may be executed in counterparts.

Dated: October 14, 2005

JAROSLAWICZ & JAROS
Counsel for Plaintiffs Estate of Yaron Ungar, et al.

By: _____
Robert Tolchin (RT-3713)
Of Counsel

150 William Street, 19th floor
New York, New York 10038
(212) 227-2780

Respectfully submitted,

WHITE & CASE LLP
Counsel for Defendant Orascom Telecom Holding S.A.E.

By: _____
Christopher M. Curran (CC-4779)
Nicole Erb (NE-7104)

701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600

SO ORDERED.

_____
Judge Colleen McMahon, U.S.D.J.

10-17-05