Copies mailed / handed / faxed to counsel 12/19/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE ESTATE OF YARON UNGAR, et al.,    Docket No: 05 CV 7765 (CM)

    Plaintiffs,

    -against-    **STIPULATION**

ORASCOM TELECOM HOLDING S.A.E., et al.,

    Defendants.
-------------------------------------------------------------X

**WHEREAS** Plaintiffs and Orascom Telecom Holding S.A.E. ("Orascom") have previously filed two stipulations requesting that this Court adjourn the above-captioned matter until disposition of various motions filed in the Miscellaneous matter of *Estate of Ungar, et al. v. Palestinian Authority, et al.*, 18 MS 0302 (S.D.N.Y.) (Part I),

**WHEREAS** the first such stipulation between Plaintiffs and Orascom was dated September 23, 2005, and so ordered by this Court on October 1, 2005, and the second such stipulation was dated October 14, 2005, and so ordered by this Court on October 17, 2005,

**WHEREAS** the Court now has before it a motion to dismiss filed by Orascom, which motion was filed December 8, 2005 pursuant to the October 14, 2005 stipulation,

**WHEREAS** the original due date for Plaintiffs' response to Orascom's motion to dismiss is December 22, 2005,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, counsel for Plaintiffs and Orascom that:

1.    Plaintiffs' time to respond to Orascom's motion to dismiss the complaint is adjourned until January 19, 2006.

2.    Orascom shall serve reply papers (if any) on or before February 2, 2006.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____



RECEIVED
DEC 16 2005
CHAMBERS OF
COLLEEN McMAHON

3. This stipulation is entered into without prejudice to the rights of any party. The adjournment provided for herein relates only to Plaintiffs' response to the pending motion to dismiss and Orascom's reply thereto, and does not limit or prevent any party from taking or initiating any action or proceeding. All parties reserve all rights and defenses, and no party shall be deemed to have waived any rights or defenses by entering this stipulation.

4. This stipulation may be executed in counterparts, and a fax signature shall be as effective as an original.

December 14, 2005                                                         Respectfully submitted,

JAROSLAWICZ & JAROS                                          WHITE & CASE LLP
*Attorneys for the Plaintiffs*                                         *Attorneys for Orascom Telecom Holding S.A.E.*

By: /s/                                                                              By: /s/
   Robert Tolchin, Esq. (RT-3713)                                   Christopher M. Curran, Esq. (CC-4779)
   Of counsel                                                                    Nicole E. Erb, Esq. (NE-7104)
150 William Street, 19th floor
New York, New York 10038                                        701 Thirteenth St. N.W.
(212) 227-2780                                                              Washington, D.C. 20005
                                                                                       (202) 626-3600

SO ORDERED:

/s/

Hon. Colleen McMahon
U.S.D.J.

12-16-05