# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

WRITER'S DIRECT DIAL NUMBER
(202) 282-5744

January 25, 2006

**By Facsimile**

David J. Strachman
McIntyre, Tate, Lynch & Holt LLP
321 South Main Street, Suite 400
Providence, RI 02903

    Re: Estate of Ungar, et al. v. Palestinian Authority, et al., 18 MS 0302 (S.D.N.Y.)

Dear Mr. Strachman:

  We received your January 23, 2006, letter regarding the subpoenas issued to Messrs. El Gammal and Khaliq. We do, indeed, stand ready to confer on the outstanding discovery requests. Our experience is that such conferring is most productive through oral negotiation rather than through letters, and we hope to confer with you or Mr. Tolchin in the near future.

  We must disagree that we have made "no effort whatsoever to … respond to [your] repeated attempts to coordinate compliance cooperatively." Both White & Case and Winston & Strawn have responded appropriately to Mr. Tolchin's communications, as is more specifically articulated in our contempt opposition papers.

  We must also disagree that our willingness to confer on the El Gammal and Khaliq subpoenas is somehow inconsistent with our position that neither individual may be compelled to appear at a deposition. In order to resolve issues with the Estate, we may be willing to compromise by having one of them appear for a limited deposition even if we believe that they cannot legally be required to do so.

  As to your inquiry about responsive documents, Messrs. El Gammal and Khaliq are searching for any responsive documents, and we have been working with them to ensure that their search is appropriate. If they locate responsive documents, they will produce them shortly. We do not understand your assertion that footnote 2 of our contempt opposition "can only mean that [Messrs. El Gammal and Khaliq] are holding responsive documents." Only after they complete their search will we know whether they have responsive documents.

January 25, 2006
Page 2

As to the testimonial aspects of the El Gammal and Khaliq subpoenas, we are disappointed by your "unequivocal[]" statement that "the Ungars will not abandon any aspect of the subpoenas." Nonetheless, we ask you to review Rule 45 and Rule 30 as well as the *Price Waterhouse* case, and then to explain to us how you can justify seeking testimony from these two foreign non-party witnesses. Judge McMahon, in her November 7, 2005 ruling, expressly referred to grounds requiring modification of these two subpoenas under Rule 45(c), a provision that excuses compliance with a subpoena violating the 100-mile rule. We think it inappropriate of you to disregard Judge McMahon's observation.

We note your reference to the subpoenas that the Estate has served upon numerous third parties. Orascom's alleged links to these third parties have already been found by Judge McMahon to be insufficient to support personal jurisdiction or even personal jurisdictional discovery. The Estate's pursuit of discovery from these third parties is nothing short of harassment.

Indeed, the penultimate paragraph of your letter reveals that the Estate's current aggressive discovery effort is simply an attempt to force Orascom itself into providing discovery that Judge McMahon ruled was not required. We submit that the Estate is thereby misusing and abusing the tools of discovery.

Again, we stand ready to engage in constructive conferring if doing so can put all of these discovery issues behind us once and for all.

Sincerely,

William M. Sullivan
Christine M. Whitledge
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, D.C. 20006

*Attorneys for Messrs. El Gammal and Khaliq*

Christopher M. Curran
Nicole E. Erb
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005

*Attorneys for Orascom Telecom Holding S.A.E.*

# WINSTON & STRAWN LLP | Facsimile

1700 K STREET, N.W., WASHINGTON DC 20006-3817
TELEPHONE: 202-282-5000   FACSIMILE: 202-282-5100

| 35 W. WACKER DRIVE | 200 PARK AVENUE | 333 SOUTH GRAND AVENUE | 101 CALIFORNIA STREET | 43 RUE DU RHONE | 21 AVENUE VICTOR HUGO | BUCKLERSBURY HOUSE |
|---|---|---|---|---|---|---|
| CHICAGO IL 60601-9703 | NEW YORK, NY 10166-4193 | LOS ANGELES, CA 90071-1543 | SAN FRANCISCO CA 94111-5894 | 1204 GENEVA, SWITZERLAND | 75116 PARIS, FRANCE | 3 QUEEN VICTORIA STREET |
| 312-558-5600 | 212-294-6700 | 213-615-1700 | 415-591-1000 | 41-22-317-75-75 | 33-1-53-64-82-82 | LONDON, ENGLAND EC4N 8NH |
| | | | | | | 44-020-7429-0000 |

## Fax Number: 202-282-5100

**FROM:** William M. Sullivan

**CHARGEBACK:** 105205.00001

**DATE:** 1/25/2006

### Please Deliver as Soon as Possible To:

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| | David J. Strachman | McIntyre, Tate, Lynch & Holt LLP | (401) 331-6095 | (401) 351-7700 |
| | Robert J. Tolchin | Jaroslawicz & Jaros | (212) 227-5090 | (212) 227-2780 |

Total number of pages including this page: 3

**COMMENTS**
Please see attached.

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL OUR FAX OPERATOR AS SOON AS POSSIBLE.
THANK YOU.
202-282-5269**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Operator Initials: _____
Confirmation: Yes ____ Name: _____ No: ____