**EXHIBIT B**

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

WRITER'S DIRECT DIAL NUMBER
(202) 282-5744

February 7, 2006

**By Facsimile**

Robert J. Tolchin, Esq.
Jaroslawicz & Jaros
150 William Street, 19th Floor
New York, NY 10038

Re: Estate of Ungar, et al. v. Palestinian Authority, et al., 18 MS 0302 (S.D.N.Y.)

Dear Mr. Tolchin:

As we stated in our January 25, 2006 letter to you and Mr. Strachman, Messrs. El Gammal and Khaliq, consistent with Judge McMahon's memorandum opinion of November 7, 2005, have undertaken searches for any documents held in their individual capacities that would be responsive to the document requests listed in the subpoenas issued to them by the Estate. This exercise, of course, has been complicated by the fact that these gentlemen are located in Cairo, Egypt and Islamabad, Pakistan and we have had difficulty communicating with them.

In any event, we write to inform you that Messrs. El Gammal and Khaliq have completed their searches and are confident that they do not possess any responsive documents. However, they understand that their obligation to comply with the document aspect of the subpoenas is ongoing and if any responsive documents subsequently come into their possession as individuals, such documents will be forwarded to you in a timely fashion.

Sincerely,

*[signature]*

William M. Sullivan
Christine M. Whitledge
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006

*Attorneys for Messrs. El Gammal and Khaliq*

cc: David J. Strachman, Esq.

# WINSTON & STRAWN LLP

**Facsimile**

1700 K STREET, N.W., WASHINGTON DC 20006
202-282-5000 FACSIMILE 202-282-5100

200 PARK AVENUE, NEW YORK, NY 10166-4193, 212-294-6700
1700 K STREET, N.W., WASHINGTON, DC 20006-3817, 202-282-5000
333 SOUTH GRAND AVENUE, LOS ANGELES, CA 90071-1543, 213-615-1700
101 CALIFORNIA STREET, SAN FRANCISCO CA 94111-5894, 415-591-1000
43 RUE DU RHONE, 1204 GENEVA, SWITZERLAND, 41-22-317-75-75
21 AVENUE VICTOR HUGO, 75116 PARIS, FRANCE, 33-1-53-64-82-82
BUCKLERSBURY HOUSE, 3 QUEEN VICTORIA STREET, LONDON, ENGLAND EC4N 8NH, 44-020-7429-0000

Fax Number: 202-282-5100

**FROM:** William M. Sullivan

**DATE:** 2/7/2006

**CHARGEBACK:**
105204.00001
105205.00001

**Please Deliver as Soon as Possible To:**

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Robert J. Tolchin | Jaroslawicz & Jaros | (212) 227-5090 | (212) 227-2780 |
| 2. | David J. Strachman | McIntyre, Tate, Lynch & Holt LLP | (401) 331-6095 | (401) 351-7700 |

Total number of pages including this page: 2

**COMMENTS**

Please see attached.

FEB 7 1 99

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL US AS SOON AS POSSIBLE. THANK YOU.**
**202-282-5000**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Operator Initials: ________
Confirmation: Yes ____ Name: ______________________________ No: ____

DC:454440.1