

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel + 1 202 626 3600
Fax + 1 202 626 3600
www.whitecase.com

**WHITE & CASE**

**RECEIVED**

MAR - 9 2006

CHAMBERS OF
COLLEEN McMAHON

Direct Dial +202-626-3643

March 9, 2006

*3/9/06*
*My order of 3/3/06 letter*
*STANDS and you had better*
*comply with Judge Smith's*
*order or you risk contempt*
*and*
*sanctions*
*Colleen*
*McMahon*

<u>BY FAX</u>

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas St., Room 533
White Plains, NY 10601-4150

Re:  *Estate of Ungar v. Orascom Telecom Holding S.A.E., et al.*, Case No. 05-CV-7765
     (CM)(LMS)

**MEMO ENDORSED**

Dear Judge McMahon:

        As counsel for Orascom Telecom Holding S.A.E. ("Orascom"), we write in response to
Estate counsel's March 3, 2006 letter, seeking adjournment of the Estate's response to
Orascom's pending motion to dismiss.  We did not have an opportunity to respond to that letter
prior to the Court's same-day endorsement of it.

        Orascom would like to take this opportunity to identify some reasons why the requested
adjournment may not be warranted.  More critically, Orascom would also like to clarify the
Estate's characterization of the record in the related Miscellaneous Action.   While we are most
reluctant to burden the Court by addressing discovery matters, Orascom feels strongly that it has
responded to the Estate's discovery efforts in a reasonable and responsible manner, and does not
want Your Honor to have a misimpression otherwise.

<u>Reasons Why Adjournment May Not Be Warranted</u>

        This Court has already held, after full briefing and argument in the Miscellaneous Action,
that the Estate is not entitled to jurisdictional discovery.  *See Estate of Ungar v. Palestinian
Auth.*, 400 F. Supp.2d 541, 549, 552 (S.D.N.Y. 2005) (holding that personal-jurisdictional
discovery from Orascom unavailable because the Estate has not made out a prima facie case for
personal jurisdictional).  The Estate's March 3 letter effectively takes issue with this Court's
ruling.  It seeks adjournment of Orascom's motion to dismiss until completion of jurisdictional
depositions in the Miscellaneous Action.  Orascom submits that it would be most anomalous to

USDC SDNY WP
MICROFILM
MAR 10 2006

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG   HELSINKI
HO CHI MINH CITY   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUMBAI   NEW YORK   PALO ALTO
PARIS   PRAGUE   RIYADH   ROME   SAN FRANCISCO   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

Copies mailed / handed / faxed to counsel *3 / 10 / 06*