UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
THE ESTATE OF YARON UNGAR by and through its Administrator, DAVID STRACHMAN; DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR, JUDITH UNGAR, individually and in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; RABBI URI DASBERG, and JUDITH DASBERG, in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; AMICHAI UNGAR; DAFNA UNGAR; and MICHAL COHEN,

Case No. 05-CV-7765 (CM) (LMS)

            Plaintiffs,

        -against-

ORASCOM TELECOM HOLDING S.A.E (a/k/a "Orascom Telecom" a/k/a "OTH") and
THE PALESTINE INVESTMENT FUND (a/k/a "Palestinian Investment Fund" a/k/a "Sharekat Sundouk al-Istithmar al-Filistinee")

            Defendants.
--------------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF

## OFFER TO ALLOW JUDGMENT PURSUANT TO FED. R. CIV. P. 68

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Plaintiffs hereby give notice to the Defendant The Palestine Investment Fund that the Plaintiffs

accept the Offer To Allow Judgment Pursuant To FED. R. CIV. P. 68 made by The Palestine Investment Fund on October 26, 2006.

Dated: New York, New York
October 26, 2006

        Yours,

        JAROSLAWICZ & JAROS, ESQS.
        *Attorneys for the Plaintiffs*

        by: _____
           Robert J. Tolchin (RT3713)

        150 William Street, 19th Floor
        New York, New York 10038
        (212) 227-2780

TO:    Jaroslawicz & Jaros
        *Attorneys for the Palestine Investment Fund*
        150 William Street, 19th floor
        New York, New York 10038
        (212) 227-2780

        White & Case, LLP
        *Attorneys for the defendant Orascom Telecom*
        701 Thirteenth St. N.W.
        Washington, D.C. 20005
        (202) 626-3600

(Ungar v. Orascom Telecom, Docket no. 05-CV-7765)

## DECLARATION OF SERVICE

Robert J. Tolchin, an attorney licensed to practice law before the courts of the State of New York and a member of the bar of this court, declares the following to be true subject to the penalty for perjury:

I am over the age of 18, am not a party to this case, and am not related to any party to this case. On this date, I caused the within:

## NOTICE OF ACCEPTANCE OF

## OFFER TO ALLOW JUDGMENT PURSUANT TO FED. R. CIV. P. 68

to be served on the following addresses by placing same in a properly addressed, post paid wrapper:

Jaroslawicz & Jaros
150 William Street, 19th floor
New York, New York 10038

White & Case, LLP
701 Thirteenth St. N.W.
Washington, D.C. 20005

Dated:      Brooklyn, New York
            October 26, 2006

_____
Robert J. Tolchin