IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF YARON UNGAR by and through its Administrator, DAVID STRACHMAN; DVIR UNGAR minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR, JUDITH UNGAR, individually and in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; RABBI URI DASBER, and JUDITH DASBERG, in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR, AMICHAI UNGAR, DAFNA UNGAR and MICHAEL COHEN,

   Plaintiffs,

-against-

ORASCOM TELECOM HOLDING S.A.E. (a/k/a "Orascom Telecom" a/k/a "OTH") and THE PALESTINE INVESTMENT FUND (a/k/a "Palestinian Investment Fund" a/k/a "Sharekat Sundouk al-Istithmar al-Filistinee"),

   Defendants.

Civil Action No.
05-CV-7765 (CM)(LMS)

**NOTICE OF MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24**

---

SIRS:

PLEASE TAKE NOTICE that upon the annexed Declaration of Thomas G. Rohback, Esq. dated October 27, 2006 together with the exhibits annexed thereto, and LeBoeuf, Lamb, Greene & MacRae LLP's ("Proposed Intervenor") Memorandum of Law in Support of Its Motion to Intervene and all the pleadings and proceedings heretofore had herein, the undersigned, on behalf of the Proposed Intervenor will move this this Court at the Courthouse thereof located at 300 Quarropas Street, White Plains, New York, New York 10601 for an Order granting the Proposed Intervenor's Motion to Intervene.

Dated: Hartford, Connecticut
       October 27, 2006

PROPOSED INTERVENOR, LEBOEUF
LAMB GREENE & MACRAE LLP

By: _____
Thomas G. Rohback (TR-4817)
Gail L. Gottehrer (GG-5817)
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Fax: (860) 293-3730

Counsel for Proposed Intervenor
LeBoeuf, Lamb, Greene & MacRae LLP

HT265124.1