## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAVID STRACHMAN, Administrator of the    :
Estate of Yaron Ungar, et al.,    :
   :
                Plaintiffs,    :    Civil Action No. 05-cv-7765
    -against-    :    (CM)(LMS)
   :
ORASCOM TELECOM HOLDING S.A.E, et al.,    :
   :
                Defendants.    :
   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] ORDER

AND NOW this ___ day of _____, 2006, upon consideration of the Motion of Proposed

Intervenor, LeBoeuf, Lamb, Greene & MacRae LLP, to Intervene as a Party in the above

captioned action, supporting Memorandum of Law, supporting Declaration of Thomas G.

Rohback and the opposition thereto, if any, **IT IS HEREBY ORDERED AND DECREED** that

said Motion is **GRANTED** in its entirety and this action is stayed pending a determination of

who is entitled to represent the interests of the Palestine Investment Fund in this action.

BY THE COURT

_____

Hon. Colleen McMahon, U.S.D.J.