IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF YARON UNGAR by and through its Administrator, DAVID STRACHMAN; DVIR UNGAR minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR, JUDITH UNGAR, individually and in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; RABBI URI DASBER, and JUDITH DASBERG, in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR, AMICHAI UNGAR, DAFNA UNGAR and MICHAEL COHEN, <br><br> Plaintiffs, <br><br> -against- <br><br> ORASCOM TELECOM HOLDING S.A.E. (a/k/a "Orascom Telecom" a/k/a "OTH") and THE PALESTINE INVESTMENT FUND (a/k/a "Palestinian Investment Fund" a/k/a "Sharekat Sundouk al-Istithmar al-Filistinee"), <br><br> Defendants. | Civil Action No. <br> 05-CV-7765 (CM)(LMS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas G. Rohback of the law firm of LeBoeuf, Lamb, Greene & MacRae LLP hereby enters his appearance as counsel of record in this action on behalf of Proposed Intervenor LeBoeuf, Lamb, Greene & MacRae LLP, and requests that all papers be served upon him at the address listed below:

Thomas G. Rohback, Esq.
LeBoeuf, Lamb, Greene & MacRae LLP
225 Asylum Street
Hartford, CT 06103

Dated: Hartford, Connecticut
       October 27, 2006

By: _____
Thomas G. Rohback, Esq. (TR4817)
LeBoeuf, Lamb, Greene & MacRae LLP
225 Asylum Street
Hartford, CT 06103
Tel: 860-293-3500
E-mail: trohback@llgm.com

*Attorneys for Proposed Intervenor*
*LeBoeuf, Lamb, Greene & MacRae LLP*