IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF YARON UNGAR by and through its Administrator, DAVID STRACHMAN; DVIR UNGAR minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR, JUDITH UNGAR, individually and in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; RABBI URI DASBER, and JUDITH DASBERG, in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR, AMICHAI UNGAR, DAFNA UNGAR and MICHAEL COHEN, Plaintiffs, -against- ORASCOM TELECOM HOLDING S.A.E. (a/k/a "Orascom Telecom" a/k/a "OTH") and THE PALESTINE INVESTMENT FUND (a/k/a "Palestinian Investment Fund" a/k/a "Sharekat Sundouk al-Istithmar al-Filistinee"), Defendants. | Civil Action No. 05-CV-7765 (CM)(LMS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gail L. Gottehrer of the law firm of LeBoeuf, Lamb, Greene & MacRae LLP hereby enters her appearance as counsel of record in this action on behalf of LeBoeuf, Lamb, Greene & MacRae LLP, and requests that all papers be served upon her at the address listed below:

Gail L. Gottehrer, Esq.
LeBoeuf, Lamb, Greene & MacRae LLP
225 Asylum Street
Hartford, CT 06103

Dated:  Hartford, CT                By:  *[signature: Gail Gott]*
        October 27, 2006            Gail L. Gottehrer
                                                      LeBoeuf, Lamb, Greene & MacRae LLP
                                                      225 Asylum Street
                                                      Hartford, CT 06103
                                                      Tel: 860-293-3500
                                                      E-mail: glgotteh@llgm.com
                                                      *Attorneys for LeBoeuf, Lamb, Greene & MacRae LLP*