UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ESTATE OF YARON UNGAR by and through
its Administrator, DAVID STRACHMAN; DVIR
UNGAR, minor, by his guardians and next friends,
YISHAI UNGAR, minor, by his guardians and next
friends, PROFESSOR MEIR UNGAR, JUDITH
UNGAR, individually and in their capacity as legal
guardians of Plaintiffs DVIR UNGAR and YISHAI
UNGAR; RABBI URI DASBERG, and JUDITH
DASBERG, in their capacity as legal guardians of
Plaintiffs DVIR UNGAR and YISHAI UNGAR;
AMICHAI UNGAR; DAFNA UNGAR; and
MICHAL COHEN,

Case No. 05-CV-7765 (CM)
(LMS)

          Plaintiffs,

          -against-

ORASCOM TELECOM HOLDING S.A.E (a/k/a
"Orascom Telecom" a/k/a "OTH") and
THE PALESTINE INVESTMENT FUND (a/k/a
"Palestinian Investment Fund" a/k/a "Sharekat
Sundouk al-Istithmar al-Filistinee")

          Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

MEMO ENDORSED

[Handwritten endorsement, dated 11/2/06, McMahon, J.:] The court has advised the parties that no final judgment will be signed until the Receiver appointed by the note indenture trustee's parent corporation has sorted out the matter.

## FINAL JUDGMENT AS AGAINST

## THE DEFENDNAT PALESTINE INVESTIMENT FUND

It is hereby ADJUDGED:

Final judgment for the Plaintiffs, The Estate of Yaron Ungar, Dvir Ungar, Yishai Ungar, Meir Ungar, Judith Ungar, Amichai Ungar, Dafna Ungar and Michal

Cohen, against Defendant, The Palestine Investment Fund (a/k/a Sharekat Sundouk al-Istithmar al-Filistinee a/k/a The Palestine Investment Fund Company).

Plaintiffs are entitled to enforce the final judgment entered in their favor and against the Palestinian Authority by the United States District Court for the District of Rhode Island on July 13, 2004, in the matter captioned as *The Estates of Yaron Ungar and Efrat Ungar, et al., v. The Palestinian Authority et al.*, C.A. No. 00-105L, against and from any and all assets titled to The Palestine Investment Fund, including without limitation any and all debts payable, due or owed to The Palestine Investment Fund.

The Palestine Investment Fund is liable for the Plaintiffs' costs in this action accrued as of the date of this judgment.

So Ordered:

Dated: November ___, 2006
White Plains, NY

_____
U.S.D.J.