UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
THE ESTATE OF YARON UNGAR by and through its Administrator, DAVID STRACHMAN; DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR, JUDITH UNGAR, individually and in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; RABBI URI DASBERG, and JUDITH DASBERG, in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; AMICHAI UNGAR; DAFNA UNGAR; and MICHAL COHEN,

                Plaintiffs,

      -against-

ORASCOM TELECOM HOLDING S.A.E (a/k/a "Orascom Telecom" a/k/a "OTH") and
THE PALESTINE INVESTMENT FUND (a/k/a "Palestinian Investment Fund" a/k/a "Sharekat Sundouk al-Istithmar al-Filistinee")

                Defendants.
--------------------------------------------------------------------X

Case No.
05-CV-7765 (CM) (LMS)

**PLAINTIFFS' NOTICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i) OF VOLUNTARY DISMISSAL OF THE ACTION AGAINST DEFENDANT ORASCOM TELECOM HOLDING S.A.E**

      Plaintiffs are entitled to voluntarily dismiss the action against defendant Orascom Telecom Holding S.A.E ("Orascom") without prejudice and by notice, since no answer or motion for summary judgment has been served by Orascom. FED. R. CIV. P. 41(a)(1)(i).

2

Plaintiffs hereby voluntarily dismiss this action against defendant Orascom only, pursuant to FED. R. CIV. P. 41(a)(1)(i).

The dismissal effected by this Notice shall be <u>without</u> prejudice. FED. R. CIV. P. 41(a)(1).

Dated: New York, New York
April 8, 2007

Respectfully submitted,

JAROSLAWICZ & JAROS, ESQS.
*Attorneys for the plaintiffs*

by: _____
Robert J. Tolchin

150 William Street, 19th Floor
New York, New York 10038
(212) 227-2780

**MCINTYRE, TATE, LYNCH & HOLT**
*Attorneys for the plaintiffs*
321 South Main Street, Suite 400
Providence, Rhode Island 02903
(401) 351-7700

TO:   WHITE & CASE

2